UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| J.D.H., et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-01300-APG-NJK |
| vs. | ) | ORDER SEALING DOCKET NO. 1 AND ORDERING DOCKET TO BE CORRECTED |
| LAS VEGAS METROPOLITAN POLICE DEPT., et al., | ) | |
| Defendant(s). | ) | |

It has come to the Court's attention that the complaint was filed with minor Plaintiff's full name, in violation of Special Order No. 108, which requires that only a minor's initials be provided. Moreover, the Complaint lists the entirety of the minor Plaintiff's birth date, also in violation of Special Order No. 108, which requires that only the year be used. The Court hereby **ORDERS** that the complaint be **SEALED**. The Court further **ORDERS** Plaintiffs to file, no later than November 25, 2013, a redacted version of the complaint showing only the initials of the minor Plaintiff and appropriately redacting her birth date. The Court further **ORDERS** that the public docket be revised so that it reflects only the initials of the minor Plaintiff.

Lastly, the Court **ORDERS** the parties and counsel to comply with Special Order No. 108 in the future. The Court expects strict compliance with the orders and rules of the Court, and the parties and counsel should be aware that the failure to comply may result in sanctions. *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013)

(sanctioning counsel for repeated failure to comply with Court orders, including order to use only minor's initials in filings).

IT IS SO ORDERED.

DATED: November 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge