1

2

3

4

5

6

7

8   **UNITED STATES DISTRICT COURT**

    **DISTRICT OF NEVADA**

9

10   J.D.H., et al.,                                )
                                                    )
11                        Plaintiff(s),             )        Case No. 2:13-cv-01300-APG-NJK
                                                    )
12   vs.                                            )        ORDER LIFTING STAY OF
                                                    )        DISCOVERY
13   LAS VEGAS METROPOLITAN                         )
     POLICE DEPT., et al.,                          )
14                                                  )
                         Defendant(s).              )
15   _____            )

16          On February 4, 2014, the Court granted the motion to stay discovery pending resolution of

17   Defendants' motion to dismiss.  Docket No. 36.  On August 1, 2014, United States District Judge

18   Andrew P. Gordon granted in part and denied in part the motion to dismiss.  Docket No. 40.  In light of

19   Judge Gordon's ruling that at least some of the claims survive on the pleadings, the Court hereby

20   ORDERS the parties to submit a discovery plan no later than August 8, 2014.

21          IT IS SO ORDERED.

22          DATED: August 1, 2014

23

24   _____
     NANCY J. KOPPE
     United States Magistrate Judge
25

26

27

28