**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com
cbalducci@maclaw.com
   Attorneys for

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.D.H., a minor by and through her legal guardian and/or parent, Inocente Dominguez; and MARIA HERNANDEZ, an individual,<br><br>              Plaintiffs,<br><br>     VS.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER J. BARKER (in his individual capacity); and LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER M. PURCARO (in his individual capacity).<br><br>              Defendants. | Case No.:   2:13-CV-01300-APG-NJK |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

Pursuant to LR-6-1, the parties hereby stipulate, agree, and make joint application to extend the deadline for Defendants to file their reply in support of their motion for summary judgment [Dkt. #99] in this matter as follows:

/ / /

/ / /

/ / /

MAC:05166-572 2718886_1 2/16/2016 4:24 PM

1. The Deadline for the Defendants to submit their reply in support of their motion for summary judgment is presently set for February 18, 2016.

2. Defendants' counsel, Mr. Christian Balducci, reached out to Plaintiffs' counsel on February 16, 2016 via email, and not long after sending the email and out of an abundance of caution, filed a motion to enlarge/extend time to file the reply in support of the motion for summary judgment on an emergency basis. That motion is presently pending as [Dkt. #112] ("the Motion").

3. In the Motion, Defendants requested an additional 7 calendar days to file their reply due to the items raised in the motion and opposition, namely, the busy schedule of Mr. Balducci (counsel for Defendants), which includes a trial and arbitration, and the lengths of the pleadings.

4. Defendants' counsel and Plaintiffs' counsel were able to speak after the motion was filed.

5. Plaintiffs' counsel, Ms. Shell, was able to contact Defendants' counsel later that day and respectfully indicated she had no opposition; which would render the motion to enlarge time [Dkt. #112] moot and warrant that it be denied as such in light of this stipulation.

6. Based upon the foregoing, the parties respectfully request that the Court order:

   a. That the time for Defendants' reply in support of their motion for summary judgment be extended from February 18, 2016 to February 25, 2016; and

   b. That Defendants' emergency motion to enlarge/extend time to file reply in support of their motion for summary judgment [Dkt. #112] be denied as moot upon execution by the Court of this stipulation.

/ / /

/ / /

/ / /

MAC:05166-572 2718886_1 2/16/2016 4:24 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

7. This is the first joint, stipulated request for enlargement of time for Defendants' reply and is made in good faith and not for the purpose of delay.

Dated this 16th day of February, 2016.    Dated this 16th day of February, 2016.

MARQUIS AURBACH COFFING            MCLETCHIE SHELL, LLC

By: /s/Christian T. Balducci              By: /s/Alina Shell
    Craig R. Anderson, Esq.                    Margaret A. McLetchie, Esq.
    Nevada Bar No. 6882                        Nevada Bar No. 10931
    Tye S. Hanseen, Esq.                       Alina Shell, Esq.
    Nevada Bar No. 10365                       Nevada Bar No. 11711
    Christian T. Balducci, Esq.                701 East Bridger Ave., Suite 520
    Nevada Bar No. 12688                       Las Vegas, Nevada 89101
    10001 Park Run Drive
    Las Vegas, Nevada 89145                GERSON LAW OFFICE
    Attorney for Defendants                Phillip S. Gerson, Esq.
                                           Nevada Bar No. 5964
                                           1835 Village Center Circle
                                           Las Vegas, NV 89134
                                           Attorneys for Plaintiffs

**ORDER**

IT IS ORDERED that Defendants' reply in support of their motion for summary judgment [Dkt. #99] in the above-referenced matter is extended to **Thursday February 25, 2016**;

IT IS FURTHER ORDERED that the Defendants' emergency motion to enlarge/extend time pending as [Dkt. #112] be denied as moot as this Stipulation and Order grants the relief sought.

February 17, 2016
DATED                                    UNITED STATES DISTRICT COURT JUDGE