# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

J.D.H, a minor, by and through her legal guardian and/or parent

Plaintiffs,

V.

Las Vegas Metropolitan Police Department, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-CV-01300-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is in favor of the defendants on all claims asserted in the amended complaint and against plaintiffs.

9/23/2016 - Las Vegas, Nevada

Date

/s/ Lance S. Wilson

Clerk

(By) Deputy Clerk