MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JDH, a minor by and through her legal
guardian and/or parent, Inocente Dominguez,
and MARIA HERNANDEZ, an individual.

         Plaintiffs,

      vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; LAS VEGAS
METROPOLITAN POLICE DEPARTMENT
OFFICER J. BARKER (in his individual
capacity); and LAS VEGAS
METROPOLITAN POLICE DEPARTMENT
OFFICER M. PURCARO (in his individual
capacity),

         Defendants.

CASE NO.: 2:13-cv-01300-APG-NJK

**STIPULATION AND ORDER TO
EXTEND TIME TO FILE REPLY TO
LVMPD DEFENDANTS'
OPPOSITION TO PLAINTIFFS'
MOTION TO RETAX (FIRST
REQUEST) [ECF No. 133]**

Plaintiffs JDH and Maria Hernandez, by and through their attorneys of record, Margaret A. McLetchie and Alina M. Shell of McLetchie Shell, LLC, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), LVMPD Officer J. Barker, and LVMPD Officer M. Purcaro, by and through their counsel of record, Craig R. Anderson, Esq., Nick D. Crosby, Esq., and Christian T. Balducci, Esq., of Marquis Aurbach Coffing, hereby agree to stipulate to extend the time for Plaintiffs to file their Reply to Defendants'

1

MCLETCHIESHELL

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) ; (702)425-8220 (F)
WWW.NVLITIGATION.COM

1  Response to Motion to Retax Bill of Costs (ECF No. 133) which is currently due April 17,

2  2017, to April 24, 2017.

3      This stipulation is made because Plaintiffs' counsel has an opening brief due with the

4  Nevada Supreme Court on April 17, 2017 in *Martin v. State*, Case No. 71806. Counsel for

5  Plaintiffs also has an oral argument scheduled for April 20, 2017 at the Ninth Circuit in

6  *United States v. Steven Grimm*, CA No. 16-10007, and will thus be out of the office April 19

7  through April 20, 2017. As such, the stipulation for an extension of time is not for any

8  improper purpose or for the purpose of delay.

9

10     DATED this 17th day of April, 2017.          DATED this 17th day of April, 2017.

11     MCLETCHIE SHELL, LLC                         MARQUIS AURBACH COFFING

12

13  By:  */s/ Alina M. Shell*                   By:  */s/ Christian T. Balducci, Esq.*
        Alina M. Shell                               Christian T. Balducci, Esq.
14      Nevada Bar No. 11711                         Nevada Bar No. 12688
        701 East Bridger Ave., Suite 520             10001 Park Run Drive
15      Las Vegas, Nevada 89101                      Las Vegas, Nevada 89145
        *Attorney for Plaintiffs*                    *Attorney for Defendants*
16

17                              **ORDER**

18

19      IT IS SO ORDERED that Plaintiffs' Reply to Defendants' Response to Motion to

20  Retax Bill of Costs (ECF No. 133) in the above-referenced matter is extended to April 24,

21  2017.

22      DATED this 19th day of __April__, 2017.

23

24  _____

25  UNITED STATES DISTRICT COURT JUDGE

26

27

28

2