UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J.D.H., a minor by and through her legal guardian and/or parent, Inocente Dominguez; and MARIA HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>VS.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER J. BARKER (in his individual capacity); and LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER M. PURCARO (in his individual capacity).<br><br>Defendants. | Case No.:   2:13-CV-01300-APG-NJK |

**ORDER GRANTING MOTION TO RETAX, ECF NO. 133, AND DENYING MOTION FOR ATTORNEY FEES, ECF NO. 121**

The Court having heard the Defendants' Motion for Attorney Fees [ECF No. 121] and Plaintiffs' Motion to Retax Costs [ECF No. 133] and all related papers and pleadings on file herein, including argument heard on July 6, 2017, and the Court being fully advised and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

For the reasons articulated by this Court during the July 6, 2017, hearing, each of which are hereby expressly incorporated herein, this Court hereby denies defendants' motion for attorney fees, ECF No. 121, and grants plaintiffs' motion to retax, ECF No. 133.

**IT IS SO ORDERED** this  24th  day of  July , 2017.

_____
DISTRICT COURT JUDGE

MAC:5166-572 3141317_1 7/20/2017 10:38 AM